**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 300 EAL 2014
:
               Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
HORACE ARCHER, :
:
               Petitioner :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.